IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TRACY K., and GALEN D. BARKER | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:07-CV-0294 |
| | § | |
| HALLIBURTON COMPANY d/b/a | § | |
| KBR KELLOGG BROWN & ROOT | § | |
| (KBR); KELLOGG BROWN & ROOT, | § | |
| SERVICES, INC.; KELLOGG | § | |
| BROWN & ROOT INTERNATIONAL, | § | |
| INC.; KELLOGG BROWN & ROOT, | § | |
| LLC; KELLOGG BROWN & ROOT, | § | |
| INC.; KELLOGG BROWN & ROOT, | § | |
| S. de R.L.; KELLOGG BROWN & | § | |
| ROOT (KBR), INC.; KBR | § | |
| TECHNICAL SERVICES, INC.; | § | |
| ALL MOKHTARE; SERVICE | § | |
| EMPLOYEES INTERNATIONAL, | § | |
| INC.; and THE UNITED STATES OF | § | |
| AMERICA | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## ORDER

      The Court, having considered the evidence and the arguments of counsel, finds that Defendants KBR, SEII and Halliburton's Motion to Dismiss or Transfer for Improper Venue, or, In the Alternative, Transfer in the Interests of Justice and for the Parties' Convenience, should be granted. It is thereby

      ORDERED, ADJUDGED AND DECREED that Plaintiffs Tracy Barker and Galen Barker's claims against Defendants KBR, SEII and Halliburton are hereby dismissed.

      SIGNED this ___ day of _____ 2007.

_____
UNITED STATES DISTRICT COURT JUDGE