# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### (BEAUMONT DIVISION)

| | | |
|---|---|---|
| **JAMIE LEIGH JONES and JOSEPH DAIGLE** | § § | |
| Plaintiffs, | § § | |
| vs. | § § | **CIVIL ACTION NO. 1:07CV0295** |
| **HALLIBURTON COMPANY d/b/a KBR KELLOGG BROWN & ROOT (KBR); KELLOGG BROWN & ROOT SERVICES, INC.; KELLOGG BROWN & ROOT INTERNATIONAL, INC.; KELLOGG BROWN & ROOT, LLC; KELLOGG BROWN & ROOT, INC.; KELLOGG BROWN & ROOT, S. de R.L.; KELLOGG BROWN & ROOT (KBR), INC.; KBR TECHNICAL SERVICES, INC.; OVERSEAS ADMINISTRATIVE SERVICES, LTD.; ERIC ILER, CHARLES BOARTZ; SEVERAL JOHN DOE RAPISTS, and THE UNITED STATES OF AMERICA** | § § § § § § § § § § § § § § § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |

## ORDER

THIS DAY CAME THE PARTIES, by Counsel, on *Defendants' KBR, Halliburton, and OAS's Motion to Transfer Venue Under 28 U.S.C. § 1404*. This Court, having considered the Motions filed by the parties, the evidence of record, and the arguments of Counsel is of the opinion that the *Defendants' KBR, Halliburton, and OAS's Motion to Transfer Venue Under 28 U.S.C. § 1404* is without merit, and should be denied. It is, therefore,

ORDERED, ADJUDGED and DECREED that *Defendants' KBR, Halliburton, and OAS's Motion to Transfer Venue Under 28 U.S.C. § 1404* is, in all things, DENIED. It is further,

ORDERED, ADJUDGED and DECREED that *Defendants' KBR, Halliburton, and OAS's Motion to Transfer Venue Under 28 U.S.C. § 1404* is frivolous, and that the Plaintiff's Motion for Sanctions to include all itemized costs attendant to the hearing in this matter, and attorney's fees at the rate of $300 per hour (to be itemized by Plaintiff's Counsel) is therefore, in all things, GRANTED.

IT IS SO ORDERED.

_____

JUDGE, DISTRICT COURT