



Over 50? Find Gifts, Gadgets and Lifestyle Solutions at FirstStreet!
Shop Now! at FirstStreetOnline.com
www.FirstStreetOnline.com

Feedback - Ads by Google

Home | Texas | Beaumont, TX                    About | Postcards | Survey | Search

| Topics | Beaumont, TX | Related Items |



## Travel Distances

Travel Distance Table

**Hotel Reservations**

The following table lists all cities with populations over 50,000 that are within 350 miles of Beaumont, TX (highlighted in blue) and their distances in statute miles (straight-line) from that city. In addition, other major metropolitan cities are shown for comparative purposes.

You may approximate the driving times (in hours) by taking the mileage figure and dividing it by 60. Please note straight-line distances can vary from the actual driving distance by a wide margin if a direct route between cities does not exist.

**Communications**
- Local Media

**Demographics**
- Age
- Density
- Education
- Ethnicity
- Families
- Growth
- Income
- Skills

**Education**
- School Districts
- Elementary Schools
- High Schools
- Post Secondary

**Environment**
- Air Quality
- Radon
- Terrain
- Plant Hardiness

**Housing**
- Building Permits
- Owner Occupied
- Housing Age
- Apartment Dwellers

**Labor**
- Labor Distr. (Pay)

**Cheap Tickets France**
round trip from $395 major airline to book call (888) 585-2727
www.asaptickets.com

**USHealth1.net**
Health Insurance As Low As $43/Mo. Free Quick Quotes - Apply Online!
www.ushealth1.net

**Drug Rehab Texas**
Affordable drug & alcohol rehab. Houston, D/FW, Beaumont
www.RightStep.com

**VitalJuiceDaily.com**
The ultimate expert's guide to the latest in health & wellness
www.vitaljuicedaily.com

|  | Shreveport, LA | San Antonio, TX | New Orleans, LA | Jackson, MS | Houston, TX | Fort Worth, TX | Dallas, TX | Corpus Christi, TX | Beaumont, TX | Baton Rouge, LA | Austin, TX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alexandria, LA | 321 | 98 | 130 | 382 | 272 | 303 | 203 | 150 | 173 | 382 | 113 |
| Arlington, TX | 169 | 386 | 252 | 345 | 22 | 13 | 227 | 404 | 462 | 238 | 194 |
| Austin, TX | 0 | 395 | 216 | 182 | 181 | 171 | 146 | 466 | 467 | 74 | 277 |
| Baton Rouge, LA | 395 | 0 | 182 | 418 | 369 | 399 | 259 | 140 | 76 | 447 | 211 |
| Baytown, TX | 171 | 235 | 55 | 199 | 236 | 250 | 25 | 333 | 302 | 213 | 200 |
| **Beaumont, TX** | **216** | **182** | **0** | **252** | **243** | **263** | **78** | **279** | **252** | **265** | **166** |
| Biloxi, MS | 526 | 131 | 312 | 538 | 489 | 520 | 388 | 152 | 64 | 577 | 320 |
| Bossier City, LA | 285 | 207 | 170 | 397 | 181 | 214 | 216 | 202 | 278 | 356 | 8 |
| Bryan, TX | 86 | 312 | 138 | 212 | 149 | 155 | 85 | 380 | 386 | 153 | 196 |
| Carrollton, TX | 192 | 382 | 258 | 366 | 15 | 30 | 240 | 392 | 457 | 262 | 184 |
| College Station, TX | 88 | 309 | 134 | 209 | 154 | 160 | 80 | 379 | 382 | 153 | 197 |
| Corpus Christi, TX | 182 | 418 | 252 | 0 | 353 | 349 | 183 | 530 | 474 | 142 | 390 |
| Dallas, TX | 181 | 369 | 243 | 353 | 0 | 33 | 224 | 383 | 445 | 252 | 174 |
| Denton, TX | 204 | 401 | 278 | 381 | 36 | 34 | 259 | 407 | 476 | 272 | 200 |
| Flower Mound, TX | 192 | 393 | 267 | 368 | 24 | 24 | 247 | 403 | 468 | 261 | 195 |
| Fort Worth, TX | 171 | 399 | 263 | 349 | 33 | 0 | 236 | 416 | 474 | 238 | 207 |
| Galveston, TX | 187 | 241 | 74 | 180 | 270 | 283 | 48 | 351 | 303 | 218 | 233 |
| Garland, TX | 192 | 365 | 244 | 362 | 11 | 42 | 229 | 376 | 441 | 263 | 167 |
| Grand Prairie, TX | 170 | 380 | 247 | 345 | 16 | 19 | 224 | 398 | 456 | 240 | 188 |
| Gulfport, MS | 518 | 123 | 304 | 530 | 482 | 513 | 380 | 150 | 56 | 569 | 314 |
| Harlingen, TX | 284 | 495 | 345 | 107 | 459 | 454 | 284 | 618 | 543 | 231 | 493 |
| Hattiesburg, MS | 506 | 123 | 300 | 541 | 448 | 481 | 377 | 87 | 94 | 563 | 275 |
| Houma, LA | 425 | 65 | 209 | 420 | 421 | 449 | 281 | 192 | 57 | 469 | 271 |



PLAINTIFF'S EXHIBIT B

- Labor Force (Unemployment)

**Quality of Life**

- Crime
- Mortality
- Politics
- Religion
- Shopping Malls

**Transportation**

- Traffic
- Public Transportation
- Travel Distances

**Weather**

- Forecast
- Norms
- Radar

| City | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Houston, TX | 146 | 259 | 78 | 183 | 224 | 236 | 0 | 354 | 327 | 189 | 209 |
| Irving, TX | 182 | 382 | 254 | 356 | 13 | 22 | 233 | 395 | 457 | 252 | 186 |
| Jackson, MS | 466 | 140 | 279 | 530 | 383 | 416 | 354 | 0 | 157 | 530 | 210 |
| Kenner, LA | 448 | 60 | 233 | 455 | 429 | 458 | 308 | 159 | 19 | 497 | 269 |
| Killeen, TX | 55 | 394 | 224 | 236 | 130 | 117 | 166 | 449 | 468 | 123 | 249 |
| Lafayette, LA | 341 | 56 | 127 | 362 | 331 | 358 | 203 | 181 | 126 | 392 | 188 |
| Lake Charles, LA | 271 | 125 | 57 | 302 | 275 | 300 | 134 | 229 | 196 | 322 | 160 |
| Lake Jackson, TX | 164 | 277 | 107 | 145 | 271 | 280 | 50 | 385 | 339 | 187 | 256 |
| Lewisville, TX | 194 | 388 | 264 | 369 | 21 | 29 | 245 | 397 | 463 | 263 | 189 |
| Little Rock, AR | 438 | 304 | 337 | 566 | 286 | 317 | 385 | 207 | 351 | 512 | 176 |
| Longview, TX | 233 | 258 | 172 | 365 | 118 | 151 | 193 | 266 | 332 | 306 | 56 |
| McKinney, TX | 210 | 376 | 261 | 382 | 29 | 50 | 249 | 379 | 451 | 281 | 173 |
| Mesquite, TX | 183 | 360 | 235 | 352 | 10 | 43 | 219 | 374 | 435 | 255 | 164 |
| Missouri City, TX | 142 | 271 | 91 | 167 | 234 | 244 | 16 | 368 | 338 | 179 | 225 |
| Monroe, LA | 367 | 153 | 207 | 455 | 273 | 306 | 272 | 110 | 211 | 435 | 100 |
| New Orleans, LA | 467 | 76 | 252 | 474 | 445 | 474 | 327 | 157 | 0 | 516 | 282 |
| North Little Rock, AR | 445 | 307 | 343 | 573 | 293 | 324 | 392 | 207 | 353 | 519 | 183 |
| North Richland Hills, TX | 179 | 395 | 264 | 356 | 27 | 10 | 239 | 410 | 471 | 247 | 201 |
| Pasadena, TX | 162 | 247 | 67 | 187 | 237 | 250 | 16 | 346 | 314 | 202 | 210 |
| Pine Bluff, AR | 430 | 265 | 311 | 547 | 290 | 323 | 365 | 167 | 311 | 503 | 158 |
| Plano, TX | 198 | 376 | 255 | 370 | 17 | 40 | 240 | 384 | 451 | 269 | 176 |
| Port Arthur, TX | 228 | 174 | 16 | 253 | 259 | 280 | 86 | 278 | 242 | 274 | 177 |
| Richardson, TX | 194 | 372 | 250 | 366 | 13 | 39 | 235 | 381 | 447 | 265 | 173 |
| Round Rock, TX | 15 | 390 | 213 | 196 | 166 | 156 | 146 | 457 | 463 | 89 | 265 |
| San Antonio, TX | 74 | 447 | 265 | 142 | 252 | 238 | 189 | 530 | 516 | 0 | 348 |
| Sherman, TX | 238 | 389 | 284 | 411 | 58 | 73 | 276 | 382 | 462 | 308 | 181 |
| Shreveport, LA | 277 | 211 | 166 | 390 | 174 | 207 | 209 | 210 | 282 | 348 | 0 |
| Sugar Land, TX | 136 | 275 | 94 | 167 | 230 | 239 | 17 | 371 | 342 | 174 | 225 |
| Temple, TX | 59 | 373 | 204 | 234 | 122 | 114 | 149 | 429 | 448 | 132 | 230 |
| Texarkana, TX | 306 | 269 | 232 | 440 | 162 | 195 | 265 | 237 | 337 | 379 | 69 |
| Tyler, TX | 201 | 278 | 169 | 341 | 91 | 122 | 177 | 298 | 354 | 275 | 88 |
| Victoria, TX | 112 | 369 | 192 | 80 | 275 | 272 | 116 | 470 | 433 | 102 | 315 |
| Waco, TX | 94 | 367 | 207 | 267 | 88 | 82 | 164 | 412 | 443 | 166 | 208 |

**Disclaimer:** This page contains information from sources which ERsys.com does not control. If this page contains materials that are copyrighted or otherwise protected, please contact ERsys.com immediately. Copyright © 2000-2001 ERsys.com, All Rights Reserved.

Last modified on: Saturday, 26-Oct-2002 05:50:46 CDT

Ads by Google

**FirstStreet Gadget Gifts**
Over 50? Find Gifts, Gadgets and Lifestyle Solutions at FirstStreet!
www.FirstStreetOnline.com

**Flowers Beaumont Tx**
Flowers Delivered by Local Florists Same Day Flower Delivery Available.
FlowerDelivery.com/Local

**Houston mover**
Allied, United, N American, Wheaton Get 4 moving company quotes 4 free!
www.MovingEase.com

**Fast Free Health Quotes**
Individual/Family Health Insurance Guaranteed Lowest Rates
www.myinsuranceexpert.c