





PLAINTIFF'S EXHIBIT C