AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

EASTERN                         DISTRICT OF                         TEXAS

Tracy K. Barker, and
Galen D. Barker                                         **APPEARANCE**

v.

Halliburton Company d/b/a                       Case Number: 1:07-CV-0294
KBR Kellogg Brown & Root (KBR), et al.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

  Ali Mokhtare

I certify that I am admitted to practice in this court.

7/11/2007
Date

Signature

Habib F. Ilahi                                                  24029625
Print Name                                                      Bar Number

601 Pennsylvania Avenue, NW, North Building, 9th Floor
Address

Washington                    DC                     20004
City                          State                  Zip Code

(202) 628-4199                         (202) 628-4177
Phone Number                           Fax Number