AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

EASTERN                    DISTRICT OF                TEXAS

Tracy K. Barker, and                    **APPEARANCE**
Galen D. Barker

v.

Halliburton Company d/b/a            Case Number:  1:07-CV-0294
KBR Kellogg Brown & Root (KBR), et al.

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

      Ali Mokhtare

      I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/17/2007 | _Signature_ |
| Date | |
| | Robert J. Spagnoletti          18869610 |
| | Print Name                     Bar Number |
| | 601 Pennsylvania Avenue, NW, North Building, 9th Floor |
| | Address |
| | Washington          DC          20004 |
| | City          State          Zip Code |
| | (202) 628-4199          (202) 628-4177 |
| | Phone Number          Fax Number |