IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(BEAUMONT DIVISION)

| | |
|---|---|
| **TRACY K., AND GALEN D. BARKER** § | |
| **Plaintiffs,** § | |
| § | |
| vs. § | **CIVIL ACTION NO. 1:07-CV 0294** |
| § | |
| **HALLIBURTON COMPANY d/b/a** § | |
| **KBR KELLOGG BROWN & ROOT** § | |
| **(KBR); KELLOGG BROWN & ROOT** § | |
| **SERVICES, INC.; KELLOGG** § | |
| **BROWN & ROOT INTERNATIONAL,** § | |
| **INC.; KELLOGG BROWN & ROOT,** § | |
| **LLC; KELLOGG BROWN & ROOT,** § | |
| **INC.; KELLOGG BROWN & ROOT,** § | |
| **S. de R.L.; KELLOGG BROWN &** § | |
| **ROOT (KBR), INC.; KBR** § | |
| **TECHNICAL SERVICES, INC.;** § | |
| **ALI MOKHTARE; SERVICE** § | |
| **EMPLOYEES INTERNATIONAL,** § | |
| **INC.; and THE UNITED STATES OF** § | **JURY TRIAL DEMANDED** |
| **AMERICA** § | |
| **Defendants.** | |

## ORDER ON PLAINTIFFS' MOTION TO ABATE

THIS DAY CAME THE PARTIES, by Counsel, on *Plaintiffs' Motion to Abate*. This Court, having considered the Motion, the evidence of record, and the arguments of Counsel is of the opinion that the *Plaintiffs' Motion to Abate* is meritorious, and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that *Plaintiffs' Motion to Abate* is, in all things, GRANTED.

IT IS SO ORDERED.

_____
JUDGE, DISTRICT COURT