# IN THE UNTED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### (BEAUMONT DIVISION)

| | |
|---|---|
| **TRACY K. BARKER and GALEN D. BARKER,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**HALIBURTON COMPANY d/b/a KBR KELLOGG BROWN & ROOT, KELLOGG BROWN AND ROOT SERVICES CORPORATION, INC., KBR TECHNICAL SERVICES, INC., ALI MOKHTARE, SERVICE EMPLOYEES INTERNATIONAL, INC., AND THE UNITED STATES OF AMERICA,**<br><br>**Defendants.** | **CASE NO.: 1:07 CV 0294** |

## ORDER

The Court, having considered the evidence and the arguments of counsel, finds that Defendant Ali Mokhtare's Motion to Dismiss should be granted. It is thereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiffs Tracy Barker's and Galen Barker's claims against Defendant Ali Mokhtare are hereby dismissed.

**SIGNED** this _____ day of _____ 2007.

_____
**UNITED STATES DISTRICT COURT JUDGE**