

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
EASTERN DISTRICT OF TEXAS
300 Willow, Room 104
Beaumont, TX 77701

United States District Court
Southern District of Texas
FILED
AUG 14 2007
Michael N. Milby
Clerk of Court

August 15, 2007

U S District Court
PO Box 61010
Houston, Texas 77208

Re: 1:07cv137 Robert H Kelly et al v. D B Industries Inc  **07-2671**
    1:07cv295 Jamie Leigh Jones et al v. Halliburton Co et al  **07-2719**
    1:07cv294 Tracy K Barker et al v. Halliburton Co et al  **07-2677**

Dear Clerk:

Pursuant to an order from our court, we are transferring to your District the above entitled cause of action. We are forwarding certified copies of the order of transfer and docket sheet..

In February 2004, the Eastern District of Texas implemented CM/ECF. You may access our electronic case file at the following web address: **https://ecf.txed.circ5.dcn.** We have assigned a login and password for the district courts to use in accessing this information. The login is _____ _____ and the password is _____ _____.

The login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat reader located on your computer in order to view the documents.

Please acknowledge receipt of these documents on the copy of this letter and return it to this office in the enclosed envelope.

                    Sincerely,
                    David J Maland, Clerk
                  By: _B Canter_____
                              Deputy Clerk

Enclosures

Received items described above on this date ___8/14/07_____
and assigned Case Number ___see above_____
                Clerk, U S District Court

                  By: _D Powers_____

Dockets.Justia.com